**STATE of Missouri, Respondent,**

v.

**J.M.S., Sr., Appellant.**

**No. WD 69423.**

Missouri Court of Appeals, Western District.

July 21, 2009.

Craig A. Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jayne T. Woods, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES E. WELSH, JJ.

### Order

PER CURIAM:

J.M.S. appeals his convictions following a jury trial for three counts of felony incest. The judgment is affirmed. Rule 30.25(b).